FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 22 2021

TAMMY H. DOWNS, CLERK
By: _____
                    DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| **Jason Crook,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action, Case No.: 4:21-CV-00654-KGB |
| v. | ) |
| | ) **JURY DEMANDED** |
| **Patrick's Spee-D-Lube, LLC; and** | ) |
| **David Patrick, individually,** | ) |
| | ) This case assigned to District Judge Baker |
| Defendants. | ) and to Magistrate Judge Harris |

## VERIFIED COMPLAINT FOR VIOLATION OF
## THE FAIR LABOR STANDARDS ACT

**COMES NOW** Plaintiff Jason Crook (hereinafter referred to as "Mr. Crook," or "Plaintiff"), by and through counsel, and for his Complaint against Defendants Patrick's Spee-D-Lube, LLC (hereinafter "Defendants"), states as follows:

### NATURE OF THE COMPLAINT

1. Mr. Crook brings this action under federal law, specifically the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201.

2. Mr. Crook brings this action against Defendants for unpaid wages.

3. Mr. Crook is a former employee of Defendants and alleges that Defendants failed to compensate him for all hours worked.

4. The Defendants' actions are in direct violation of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201.

1

5.  Mr. Crook seeks declaratory relief, wages for all hours worked and not compensated ("off the clock" hours), liquidated and/or other damages as permitted by applicable law, and attorneys' fees, costs, and expenses incurred in this action.

## PARTIES

6.  Mr. Crook is an adult resident of Monticello, Drew County, Arkansas.

7.  Mr. Crook was an employee of Defendants for FLSA purposes.

8.  Defendant Patrick's Spee-D-Lube, LLC is a Limited Liability Corporation registered to do business in the State of Arkansas. Defendants' principal office is in Monticello, Arkansas.

9.  Patrick's Spee-D-Lube, LLC may be served through its Registered Agent, Paul W. Keith, at 119 South Main Street, Monticello, AR 71655.

10. Defendant David Patrick is an adult resident of Arkansas.

11. David Patrick is Owner/Manager of Patrick's Spee-D-Lube, LLC and as such has significant control of operations at Patrick's Spee-D-Lube, LLC, including its policy and practices regarding employee compensation.

12. At all relevant times complained of herein, Defendants were employers under 29 U.S.C. § 203(e)(1).

## JURISDICTION AND VENUE

13. This action for damages is brought pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* This Court has federal question subject matter jurisdiction pursuant to 29 U.S.C. §§ 216(b) and 217.

14. Defendant Patrick's Spee-D-Lube, LLC is an Arkansas Limited Liability Corporation, licensed to do business in this state. Therefore, this Court has personal jurisdiction over Defendants.

Doc ID: 8292c40f21edeb731a8239c6749f3d167b5e1b49

15. Defendants do business in the Eastern District of Arkansas. Furthermore, a substantial part of the events giving rise to Mr. Crook's claims occurred in the Eastern District of Arkansas. Thus, pursuant to 28 U.S.C. § 1391(b), venue for this action properly lies in the Eastern District of Arkansas.

16. Defendant David Patrick is a resident of Arkansas. Accordingly, the Court has personal jurisdiction over Mr. Patrick.

## FACTUAL BACKGROUND

17. Mr. Crook was employed as a lube technician by Defendants from March 26, 2018 to September 2, 2020.

18. Throughout Mr. Crook's employment with Defendants, he was paid $10 per hour for every hour worked "on-the-clock."

19. Mr. Crook worked an average of 49 hours per week of "on-the-clock" time.

20. In addition, Mr. Crook was expected to work certain hours "off-the-clock" for which he received no compensation at all.

21. Specifically, Mr. Crook was required to spend about an hour cleaning up the entire shop after the shop closed and after he had clocked out every Monday, Wednesday, and Friday; he was expected to work these hours without pay.

22. Defendants knew or should have known that Mr. Crook was not compensated for his actual hours worked.

## COUNT I
### VIOLATION OF THE FAIR LABOR STANDARDS ACT
#### Failure to Compensate for All Hours Worked

23. Mr. Crook re-alleges and incorporates herein the allegations contained in Paragraphs 1 through 22 as if they were set forth fully herein.

Doc ID: 8292c40f21edeb731a8239c6749f3d167b5e1b49

24. Upon information and belief, at all relevant times, Defendants were, and continue to be, "employers" engaged in "interstate commerce" and/or in the production of "goods" for "commerce" within the meaning of the FLSA, 29 U.S.C. § 203.

25. At all relevant times, Defendant David Patrick was owner/manager of Patrick's Spee-D-Lube, LLC with significant control over the operations of Patrick's Spee-D-Lube, LLC, including its policy and practices regarding employee compensation.

26. At all relevant times, David Patrick exercised the authority to: (a) hire and fire employees of Patrick's Spee-D-Lube, LLC; (b) determine the work schedules of the employees of Patrick's Spee-D-Lube, LLC; and (c) control the finances and operations of Patrick's Spee-D-Lube, LLC.

27. Given the level of control exerted over the operations of Patrick's Spee-D-Lube, LLC, David Patrick was an employer within the meaning of the FLSA, 29 U.S.C. § 203.

28. Upon information and belief, at all relevant times, Defendants employed "employee[s]," including Mr. Crook.

29. The FLSA requires each covered employer, such as Defendants, to compensate all non-exempt employees for all hours worked at an hourly rate not less than the federal minimum wage and time and a half for all hours worked over 40 in a workweek.

30. Defendants routinely failed to pay Mr. Crook for all hours worked in any given workweek and failed to pay him an overtime premium for "off-the-clock" hours in weeks in which he worked over 40 hours.

31. As a result of Defendants' failure to compensate Mr. Crook for all hours worked, Defendants violated the FLSA, including 29 U.S.C. § 207(a)(1) and § 206(a).

Doc ID: 8292c40f21edeb731a8239c6749f3d167b5e1b49

32. The foregoing conduct, as alleged, constitutes willful violation of the FLSA within the meaning of 29 U.S.C. § 255(a).

33. The foregoing conduct, as alleged, also fails to meet the standard of good faith compliance with the FLSA within the meaning of 29 U.S.C. § 255(a).

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Jason Crook prays for relief as follows:

1. A declaratory judgment that the practices complained of herein are unlawful under the FLSA;

2. Judgment against Defendants that their violations of the FLSA were willful and in bad faith;

3. Pre-Judgment and Post-Judgment interest, as provided by law;

4. An award of money damages for unpaid wages, including liquidated damages, pre-judgment and post-judgment interest, and penalties in an exact amount to be determined at trial;

5. An award of costs and expenses of this action incurred herein, including reasonable attorneys' fees and expert fees; and

6. Any and all such other and further legal and equitable relief as this Court deems necessary, just and proper.

## DEMAND FOR JURY TRIAL

Mr. Crook hereby demands a jury trial on all causes of action and claims with respect to which he has a right to jury trial.

Doc ID: 8292c40f21edeb731a8239c6749f3d167b5e1b49

Respectfully submitted,

s/ Philip E. Oliphant
Alan G. Crone, TN Bar No. 014285
Philip E. Oliphant, TN Bar No. 025990
THE CRONE LAW FIRM, PLC
88 Union Avenue, 14th Floor
Memphis, TN 38103
901.737.7740 (voice)
901.474.7926 (fax)
acrone@cronelawfirmplc.com
poliphant@cronelawfirmplc.com

*Attorneys for Plaintiff*

Doc ID: 8292c40f21edeb731a8239c6749f3d167b5e1b49

## DECLARATION AND VERIFICATION

I, Jason Crook, verify and declare that the facts stated in the forgoing Verified Complaint for violation of the Fair Labor Standards Act are true to the best of my knowledge and belief, and that the Complaint was not made out of levity or by collusion with Defendants, but in sincerity and truth for the causes mentioned in the Complaint.

_____
Jason Crook

07 / 19 / 2021
_____
Date

Doc ID: 8292c40f21edeb731a8239c6749f3d167b5e1b49

# HELLOSIGN

# Audit Trail

| | |
|---|---|
| **TITLE** | Complaint |
| **FILE NAME** | Crook Complaint.pdf |
| **DOCUMENT ID** | 8292c40f21edeb731a8239c6749f3d167b5e1b49 |
| **AUDIT TRAIL DATE FORMAT** | MM / DD / YYYY |
| **STATUS** | Completed |

## Document History

**SENT**
07 / 19 / 2021
09:03:00 UTC-5

Sent for signature to Jason Crook (jasoncrook3141@gmail.com) from jlc@cronelawfirmplc.com
IP: 96.84.128.62

**VIEWED**
07 / 19 / 2021
19:26:40 UTC-5

Viewed by Jason Crook (jasoncrook3141@gmail.com)
IP: 104.222.51.95

**SIGNED**
07 / 19 / 2021
19:27:26 UTC-5

Signed by Jason Crook (jasoncrook3141@gmail.com)
IP: 104.222.51.95

**COMPLETED**
07 / 19 / 2021
19:27:26 UTC-5

The document has been completed.

Powered by HELLOSIGN