IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JASON CROOK**                                                                            **PLAINTIFF**

**v.**                                   **Case No**. **4:21-cv-00654 KGB**

**PATRICK'S SPEE-D-LUBE, LLC,**
**and DAVID PATRICK, individually**                                **DEFENDANTS**

## ORDER

Before the Court is the parties' stipulation of dismissal (Dkt. No. 11). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii). For good cause shown, the Court adopts the stipulation of dismissal. The action is dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

It is so ordered this 30th day of March, 2022.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Judge